Matter of Collichio v Bishop (2024 NY Slip Op 03298)

Matter of Collichio v Bishop

2024 NY Slip Op 03298

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ.

419.1 CAF 22-01265

[*1]IN THE MATTER OF ANTHONY L. COLLICHIO, PETITIONER-APPELLANT,
v
LAURA A. BISHOP, RESPONDENT-RESPONDENT. 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR PETITIONER-APPELLANT.
DAVID J. PAJAK, ALDEN, FOR RESPONDENT-RESPONDENT. 
CHARLES PLOVANICH, ROCHESTER, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Orleans County (Sanford A. Church, J.), entered June 17, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, denied petitioner's request for expanded visitation and scheduled supervised visitation for petitioner with respect to the subject child. The appeal was held by this Court by order entered December 22, 2023, decision was reserved and the matter was remitted to Family Court, Orleans County, for further proceedings (222 AD3d 1352 [4th Dept 2023]). 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 15 and 17, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court